

# NHCAA 2009 EXCELLENCE in PUBLIC AWARENESS AWARD

*Presented to*

## ROBERT F. CESSARIO
### SPECIAL AGENT, MIAMI DIVISION
### FEDERAL BUREAU OF INVESTIGATION

Through numerous investigations and prosecutions involving over $2.5 billion in fraud committed against the Medicare program, a dedicated group of special agents and Federal prosecutors working together in the Southern District of Florida has charged over 750 individuals with health care fraud and identified vulnerabilities in program areas highly susceptible to fraud that, when corrected, saved hundreds of millions of dollars. Using a three-step process involving traditional long-term criminal investigative techniques; data analyses to identify fraud being committed in "real time;" and identifying assets for civil seizure, a model emerged which would later be adopted in other large metropolitan areas affected by massive health care fraud. The results achieved by this concentrated and coordinated approach generated extensive press coverage, both locally and on a national level, bringing the problem of health care fraud to the forefront for all to see.

*For this exceptional effort, NHCAA is proud to recognize the members of the Southern District of Florida Health Care Fraud Team for their outstanding contribution to the public awareness of health care fraud and its destructive impact on our health care system.*

*November 18, 2009*

Louis Saccoccio
EXECUTIVE DIRECTOR
NHCAA

Michael J. Costello
DIRECTOR OF INVESTIGATION SUPPORT
NHCAA

**NHCAA**
National Health Care Anti-Fraud Association®



EXHIBIT A



UNITED STATES DEPARTMENT OF JUSTICE
U.S. ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF FLORIDA

Outstanding Law Enforcement
Officer of the Year Award

PRESENTED TO:

Robert Cesario

In official recognition of your outstanding contribution to law enforcement

Medicare Strike Force

R. Alexander Acosta
United States Attorney
September 23, 2008

# UNITED STATES ATTORNEY'S OFFICE
## SOUTHERN DISTRICT OF FLORIDA

# Outstanding Law Enforcement Officer of the Year Award

PRESENTED TO:

*Robert Cessario*

In official recognition of your outstanding contribution to law enforcement

United States v. Elizabet Lombera, et al.

Wifredo A. Ferrer
United States Attorney
September 27, 2013